Richard S. Kemalyan, Esq. (SBN 69066)
Jenny Hsieh, Esq. (SBN 231010)
DWYER, DALY, BROTZEN & BRUNO, LLP
550 South Hope Street, Suite 1900
Los Angeles, California 90071-2632
Telephone: (213) 627-9300
Facsimile: (213) 624-1638

Attorneys for Defendants
COUNTY OF LOS ANGELES,
SHERIFF LEE BACA and
DEPUTY STEVE LANKFORD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MAROPULOS; DONNA MAROPULOS; DANIELLE JACOBO; NATHAN MAROPULOS; ELIZABETH MAROPULOS; AARON MAROPULOS; KATHERINE MAROPULOS; SHANNON MAROPULOS; and THOMAS MAROPULOS, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES; SHERIFF LEE BACA; and DEPUTY STEVEN LANKFORD, <br><br> Defendants. | Case No. CV 04-1171 TJH (PJWx) <br><br> [The Hon. Terry J. Hatter] <br><br> [Courtroom 17] <br><br> **JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE; [~~PROPOSED~~] ORDER** <br><br> Complaint Filed: 05/11/2004 <br><br> FINAL PRE-TRIAL CONFERENCE: 01/09/06 |

Plaintiffs, THEODORE MAROPULOS, DONNA MAROPULOS, DANIELLE JACOBO, NATHAN MAROPULOS, ELIZABETH MAROPULOS, AARON MAROPULOS, KATHERINE MAROPULOS, SHANNON MAROPULOS and THOMAS MAROPULOS, by and through their counsel of record, Dale K. Galipo, and defendants COUNTY OF LOS ANGELES, SHERIFF LEE BACA and DEPUTY STEVE LANKFORD, by and through their counsel of record, Richard S. Kemalyan of Dwyer, Daly, Brotzen & Bruno, LLP, hereby stipulate and agree, subject to the approval of this

1

Honorable Court, as follows:

The scheduled Final Pretrial Conference of January 9, 2006, may be continued for a period of 90-120 days to a date convenient to the Court's calendar and preferably on May 22, 2006.

This is the second request by the parties to continue the Final Pretrial Conference date. The continuance is based upon the following:

1. The subject lawsuit presents allegations under the Federal Civil Rights Act, 42 U.S.C. § 1983 and related State claims, for the wrongful death of two minors that died in a residential fire. The claims and allegations in this case are somewhat complicated and involve numerous witnesses and parties. Issues exist as to the causation of the fire as well as the involvement of the individual defendant, Deputy Lankford.

2. It has taken a considerable period of time for the parties to place this case in a posture for trial and/or settlement. To date, due to the conflicts in the calendars of both counsel for the plaintiffs and counsel for the defendants, various depositions have not yet been completed, including critical depositions of plaintiffs. The delay in deposing the plaintiffs was due to an agreement by the parties that the deposition of Deputy Lankford would be completed initially before the depositions of the plaintiffs would be conducted. This was a cooperative effort of the parties, but it was thereafter determined that due to the trial calendars of the respective attorneys, the deposition of Deputy Lankford could not be taken until November 18, 2005. Thereafter, due to the holidays and conflicts in scheduling, the parties have been unable to complete the depositions of the plaintiffs.

A separate factor that has complicated preparation of this matter is that the parties have separate litigation pending in both the State and Federal Courts. The matter in the State Court has a trial date pending in late February, 2006 and the focus of the parties has remained on the status of that case, completing discovery and preparing that case for trial.

3. Finally, the respective trial calendars of the attorneys representing the parties in the first quarter of 2006 are such that trial counsel will not be available until

2
JOINT STIPULATION TO CONTINUE THE PRETRIAL CONFERENCE; [PROPOSED] ORDER

after the first quarter of the year is completed. By way of example, defense counsel has cases scheduled for trial on February 27, 2006, March 21, 2006, April 11, 2006, April 25, 2006, May 2, 2006 and May 8, 2006. Five of these cases are scheduled in the Central District of the United States District Court. Plaintiffs' counsel has a trial calendar that is equally compacted during the first quarter of 2006.

4.  Counsel for the parties continue to work cooperatively to resolve scheduling conflicts and to complete discovery in this matter.

5.  Based upon the foregoing reasons, the parties, subject to the approval of this Honorable Court, hereby request that the Final Pretrial Conference date in this matter be continued from January 9, 2006 for a period of up to 120 days and preferably on either ~~May 8, May 15~~ or May 22, 2006. By virtue of this Stipulation, the parties do not request that the Court continue any presently scheduled motion cut-off dates, etc. If the dates set forth above are inconvenient to the Court's calendar, the parties request that this matter be reset for Final Pretrial Conference on a date that is convenient for this Honorable Court.

DATED: December 20, 2005          LAW OFFICES OF DALE K. GALIPO

                                  _____
                                  Dale K. Galipo
                                  Attorney for Plaintiffs
                                  THEODORE MAROPULOS, DONNA
                                  MAROPULOS, DANIELLE JACOBO,
                                  NATHAN MAROPULOS, ELIZABETH
                                  MAROPULOS, AARON MAROPULOS,
                                  KATHERINE MAROPULOS, SHANNON
                                  MAROPULOS and THOMAS MAROPULOS

DATED: December 20, 2005          DWYER, DALY, BROTZEN & BRUNO, LLP


                                  _____
                                  Richard S. Kemalyan
                                  Jenny Hsieh
                                  Attorney for Defendants
                                  COUNTY OF LOS ANGELES,
                                  SHERIFF LEE BACA and
                                  DEPUTY STEVE LANKFORD

DWYER, DALY, BROTZEN & BRUNO, LLP
550 SOUTH HOPE STREET, SUITE 1900
LOS ANGELES, CALIFORNIA 90071-2632

after the first quarter of the year is completed. By way of example, defense counsel has cases scheduled for trial on February 27, 2006, March 21, 2006, April 11, 2006, April 25, 2006, May 2, 2006 and May 8, 2006. Five of these cases are scheduled in the Central District of the United States District Court. Plaintiffs' counsel has a trial calendar that is equally compacted during the first quarter of 2006.

4. Counsel for the parties continue to work cooperatively to resolve scheduling conflicts and to complete discovery in this matter.

5. Based upon the foregoing reasons, the parties, subject to the approval of this Honorable Court, hereby request that the Final Pretrial Conference date in this matter be continued from January 9, 2006 for a period of up to 120 days and preferably on May 22, 2006. By virtue of this Stipulation, the parties do not request that the Court continue any presently scheduled motion cut-off dates, etc. If the dates set forth above are inconvenient to the Court's calendar, the parties request that this matter be reset for Final Pretrial Conference on a date that is convenient for this Honorable Court.

DATED: December 20, 2005         LAW OFFICES OF DALE K. GALIPO

---
Dale K. Galipo
Attorney for Plaintiffs
THEODORE MAROPULOS, DONNA MAROPULOS, DANIELLE JACOBO, NATHAN MAROPULOS, ELIZABETH MAROPULOS, AARON MAROPULOS, KATHERINE MAROPULOS, SHANNON MAROPULOS and THOMAS MAROPULOS

DATED: December 21, 2005         DWYER, DALY, BROTZEN & BRUNO, LLP

---
Richard S. Kemalyan
Jenny Hsieh
Attorney for Defendants
COUNTY OF LOS ANGELES,
SHERIFF LEE BACA and
DEPUTY STEVE LANKFORD

3
JOINT STIPULATION TO CONTINUE THE PRETRIAL CONFERENCE; [PROPOSED] ORDER

## [PROPOSED] ORDER

The Court having received and reviewed the Joint Stipulation to continue the Final Pretrial Conference date in this matter, and finding good cause therefore, hereby submits the following Order:

The presently scheduled Final Pretrial Conference date of January 9, 2006 is continued to May 22, 2006 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 1/4/06

TERRY J. HATTER
United States District Court Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 500 South Grand Avenue, Suite 1850, Los Angeles, CA 90071.

On **December 21, 2005**, I served the foregoing document described as **JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE; [PROPOSED] ORDER** on all interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as indicated below:

| | |
|---|---|
| Dale K. Galipo, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Ste. 310<br>Woodland Hills, CA 91367<br>(818) 347-3333 (tel.)<br>(818) 347-4118 (fax) | Vicki I. Sarmiento, Esq.<br>Law Offices of Vicki I. Sarmiento<br>333 North Garfield Avenue<br>Alhambra, CA 91801<br>(626) 308.1171 (tel.)<br>(626) 308.1101 (fax) |

☒ **(By Mail)** I caused such an envelope with pre-paid postage thereon to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing indicated in this affidavit.

☐ **(By Express Mail)** I caused each such envelope to be deposited into a designated California overnight mail box for pickup on the date of execution of this declaration.

☐ **(By Facsimile)** I caused the above referenced document consisting of ___ pages to be faxed to the numbers indicated above on this date at _____ p.m. directed to the named person(s) above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a records of the transmissions, a copies of which ☐ are attached to this declaration / ☐ will be presented in court at the pertinent hearing upon request.

☐ **(By Personal Service)** On the above-referenced date, during normal business hours, I personally hand delivered such envelopes to the offices of the above attorneys for the interested parties in this action at the addresses indicated above.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I am employed by a member of the Bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **December 21, 2005**, at Los Angeles, California.

_/s/ Suzanne Roldan_
Suzanne Roldan

---

5
JOINT STIPULATION TO CONTINUE THE PRETRIAL CONFERENCE; [PROPOSED] ORDER