ORIGINAL

PAUL B. BEACH, State Bar No. 166265
FRANSCELL, STRICKLAND, ROBERTS & LAWRENCE
A Professional Corporation
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Sheriff Lee Baca,
and Deputy Steve Lankford

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MAROPULOS; et al., Plaintiffs, vs. COUNTY OF LOS ANGELES; et al., Defendants. | Case No. CV 04-01171 TJH (PJWx) c/w Case No. CV 04-07158 TJH (CWx) Honorable Terry J. Hatter **STIPULATION TO CONTINUE PRETRIAL DATES AND FINAL PRETRIAL CONFERENCE; [~~PROPOSED~~] ORDER THEREON** |
| DONNA MAROPULOS, et al., Plaintiffs, vs. COUNTY OF LOS ANGELES, et al., Defendants. | Pretrial Conf: May 22, 2006 |

The parties, through their respective counsel of record, hereby enter into the following stipulation based on the following facts:

1. The Pretrial Conference in this matter is currently scheduled for May 22, 2006;

2. No trial date is set in this matter;

///

3. In April 2006, Defendants' original counsel in this matter, Richard Kemalyan, was appointed to the bench of the Los Angeles Superior Court;

4. As a result, Defendants have retained new counsel, Paul B. Beach of the law firm of Franscell, Strickland, Roberts & Lawrence, PC;

5. On or about April 10, 2006, this Court *sua sponte* consolidated the two above-referenced matters, each of which concerns two separate incidents;

6. Mr. Beach requires a reasonable period of time to become familiar with the facts giving rise to this consolidated action;

7. The parties are currently exploring whether this consolidated matter could be resolved informally, without the need for further intervention by this Court;

8. In the event this case is not resolved, the parties need to complete certain discovery, such as certain party depositions;

9. Plaintiffs' counsel, Mr. Galipo, is presently engaged in substantial jury trials, which temporarily precludes him from participating in substantive settlement discussions, as well as party depositions; and,

10. The parties have not previously sought any extensions of any deadlines in this case.

ACCORDINGLY, the parties hereby stipulate as follows:

A. The Final Pretrial Conference shall be continued for at least six months, from May 22, 2006 to November 20, 2006 at 10:00 a.m. or other date convenient on the Court's calendar;

B. The discovery cutoff date shall be continued to August 25, 2006; and,

///

1     C.   The deadline for the parties to complete a settlement procedure shall
2          be October 2, 2006.

5 Dated: May __, 2006          DALE K. GALIPO LAW OFFICES

7                             By _____
8                               Dale K. Galipo
9                               Attorneys for Plaintiffs

12 Dated: May __, 2006         FRANSCELL, STRICKLAND,
                                  ROBERTS & LAWRENCE, PC

14                             By _____
15                               Paul B. Beach
16                               Attorneys for Defendants
                              County of Los Angeles, Sheriff Lee
17                               Baca, and Deputy Steve Lankford

21    IT IS SO ORDERED.

23 Dated: MAY 0 9 2006         _____
                                  Terry J. Hatter
24                               United States District Court Judge

MAROPULOS,T#1\STIP-PTC

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Debra L. Ard, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 100, Glendale, CA 91210.

On May 5, 2006, I served the foregoing **STIPULATION TO CONTINUE PRETRIAL DATES AND FINAL PRETRIAL CONFERENCE; [PROPOSED] ORDER THEREON** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Dale K. Galipo, Esq.
Dale K. Galipo Law Offices
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 5, 2006, at Glendale, California.

_Debra J. Ard_
Declarant

4

MAROPULOS,T#1\STIP-PTC