PAUL B. BEACH, State Bar No. 166265
RAYMOND W. SAKAI, State Bar No. 193507
FRANSCELL, STRICKLAND, ROBERTS & LAWRENCE
A Professional Corporation
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Sheriff Lee Baca,
and Deputy Steve Lankford

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MAROPULOS; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES; et al., <br><br> Defendants. <br><br> DONNA MAROPULOS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. CV 04-01171 TJH (PJWx) <br> c/w Case No. CV 04-07158 TJH (CWx) <br><br> Honorable Terry J. Hatter <br><br> **STIPULATION TO CONTINUE DEPOSITION CUTOFF;** [PROPOSED] **ORDER THEREON** |

The parties, through their respective counsel of record, hereby enter into the following stipulation based on the following facts:

1. No trial date is set in this matter;
2. The current discovery cutoff date is August 25, 2006;

///

3.    The deadline for the parties to complete a settlement procedure is October 2, 2006;

4.    In April 2006, Defendants' original counsel in this matter, Richard Kemalyan, was appointed to the bench of the Los Angeles Superior Court;

5.    As a result, Defendants have retained new counsel, Paul B. Beach of the law firm of Franscell, Strickland, Roberts & Lawrence, PC;

6.    On or about April 10, 2006, this Court *sua sponte* consolidated the two above-referenced matters, each of which concerns two separate incidents;

7.    The parties have diligently pursued discovery in this action, both sides have propounded written discovery;

8.    Due to Plaintiffs' counsel's extremely busy trial calendar Plaintiffs' depositions, which have been noticed, have not been able to proceed and it is unlikely this will be completed before the discovery cutoff; Plaintiffs have also noticed depositions of Defendants' witnesses that have not taken place;

9.    In an attempt to informally resolve this issue without the need for court intervention the Parties have agreed to enter into a stipulation continuing the discovery cutoff;

10.    The parties have previously sought a single extension after the case was transferred from Mr. Kemalyan's office.

ACCORDINGLY, the parties hereby stipulate as follows:

A.    The discovery cutoff date shall be continued from August 25, 2006, to November 3, 2006;

B.    The deadline for the parties to complete a settlement procedure shall be continued to December 4, 2006; and

///
///
///

MAROPULOS,T#1\STIP-DEPO CUTOFF

1  C. The Final Pretrial Conference shall be continued from November 20, 2006, to January 22, 2007, or other date convenient on the Court's calendar.

Dated: August 14, 2006          DALE K. GALIPO LAW OFFICES

                                By _____
                                   Dale K. Galipo
                                   Attorneys for Plaintiffs

Dated: August 22, 2006          FRANSCELL, STRICKLAND,
                                ROBERTS & LAWRENCE, PC

                                By _____
                                   Paul B. Beach
                                   Attorneys for Defendants
                                   County of Los Angeles, Sheriff Lee
                                   Baca, and Deputy Steve Lankford

MAROPULOS,T#1\STIP-DEPO CUTOFF

3

## ORDER

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that:

A.  The discovery cutoff date shall be continued from August 25, 2006, to [November 3, 2006] [ NOV 0 3 2006 ];

B.  The deadline for the parties to complete a settlement procedure shall be [December 4, 2006] [ DEC 0 4 2006 ]; and

C.  The Final Pretrial Conference shall be continued from November 20, 2006, to [January 22, 2007] [ JAN 2 2 2007 at 10.00 a.m.

Dated: AUG 2 8 2006

Terry J. Hatter
United States District Court Judge

4

MAROPULOS,T#1\STIP-DEPO CUTOFF

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Debra L. Ard, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 100, Glendale, CA 91210.

On August 22, 2006, I served the foregoing **STIPULATION TO CONTINUE DEPOSITION CUTOFF; [PROPOSED] ORDER THEREON** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Dale K. Galipo, Esq.
Dale K. Galipo Law Offices
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 22, 2006, at Glendale, California.

_____
Declarant