1  PAUL B. BEACH, State Bar No. 166265
   pbeach@franscell.com
2  RAYMOND W. SAKAI, Bar No. 193507
   rsakai@franscell.com
3  FRANSCELL, STRICKLAND, ROBERTS & LAWRENCE
   A Professional Corporation
4  100 West Broadway, Suite 1200
   Glendale, California 91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937
6
   Attorneys for Defendant
7  Deputy Steve Lankford

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | THEODORE MAROPULOS; et al.,           | Case No. CV 04-01171 TJH (PJWx)
13 |                                       | Honorable Terry J. Hatter
   |         Plaintiffs,                   |
14 |                                       | **DEFENDANT DEPUTY STEVE LANKFORD'S NOTICE OF INTERLOCUTORY APPEAL OF DENIAL OF QUALIFIED IMMUNITY**
15 |   vs.                                 |
16 |                                       |
   | COUNTY OF LOS ANGELES; et al.,        |
17 |                                       |
18 |         Defendants.                   |
19 |                                       |
20

21      TO THE CLERK OF COURT, PLAINTIFFS, AND THEIR ATTORNEYS
22 OF RECORD:
23      PLEASE TAKE NOTICE that Defendant Deputy Steve Lankford hereby
24 appeals to the United States Court of Appeals for the Ninth Circuit from the
25 Order of this Court dated May 16, 2007, filed May 17, 2007, and entered on
26 May 18, 2007, (see May 16, 2007 ORDER, a true and correct copy of which is
27 attached hereto as Exhibit "A"), denying Defendant Deputy Steve Lankford's
28 request for qualified immunity.

1

MAROPULOS,T#1\NOTICE-APPEAL

This interlocutory appeal is expressly authorized by <u>Mitchell v. Forsyth</u>, 472 U.S. 511, 530, 105 S.Ct. 2806, 86 L.Ed.2d 411 (1985) and <u>Cunningham v. Gates</u>, 229 F.3d 1271, 1286 (9th Cir. 2000) since the law identified is not clearly established and since the alleged disputes of fact precluding summary judgment are not material.

Dated: June 14, 2007

FRANSCELL, STRICKLAND, ROBERTS & LAWRENCE, PC

By _____
Raymond W. Sakai
Attorneys for Defendant
Deputy Steve Lankford

MAROPULOS,T#1\NOTICE-APPEAL

SCANNED

ORIGINAL

# United States District Court
## Central District of California
### Western Division

| | |
|---|---|
| THEODORE MAROPULOS, *et al.*, | CV 04-01171 TJH (PJWx) |
| Plaintiffs, | |
| v. | Order |
| COUNTY OF LOS ANGELES, *et al.*, | |
| Defendants. | |

The Court has considered Defendants' motion for summary judgment or, alternatively, summary adjudication, together with the moving and opposing papers.

It is Ordered that the motion for summary judgment be, and hereby is, Denied.

It is further Ordered that the motion for summary adjudication as to the claims against Sheriff Leroy Baca, in his official capacity and in his individual capacity, be, and hereby are, Granted.

1 | **It is further Ordered** that the motion for summary adjudication as to the
2 | claims against Deputy Steve Lankford be, and hereby is, **Denied.**

4 | **It is further Ordered** that the motion for summary adjudication as to
5 | qualified immunity for Deputy Steve Lankford be, and hereby is, **Denied.**

7 | **It is further Ordered** that the motion for summary adjudication as to the
8 | *Monell* claims against the County of Los Angeles be, and hereby is, **Granted.**

10 | **It is further Ordered** that the motion for summary adjudication as to the
11 | conspiracy claims be, and hereby is, **Granted.**

Date: May 16, 2007

*[signature]*

Terry J. Hatter, Jr.
Senior United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Debra L. Ard, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 100 West Broadway, Suite 1200, Glendale, CA 91210.

On June 14, 2007, I served the foregoing **DEFENDANT DEPUTY STEVE LANKFORD'S NOTICE OF INTERLOCUTORY APPEAL OF DENIAL OF QUALIFIED IMMUNITY** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Dale K. Galipo, Esq.
Dale K. Galipo Law Offices
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party service, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 14, 2007, at Glendale, California.

_____
Declarant

MAROPULOS,T#1\NOTICE-APPEAL

3