

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: 1/14/09

To: Judge Pamela Ann Rymer
US Court of Appeals Building
125 South Grand Ave. Ste. 600
Pasadena, CA 91109-1510

Attention:
☐ Civil
☐ Criminal
☐ Docketing
☒ Records Unit

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, California 90012

D C No. 04CV01171-TJH         Appeals No. 07-55873

Short Title MAROPULOS V. COUNTY OF LOS ANGELES

### Composition of Record

Clerk's files in 3 _____ volumes ☒ original ☐ certified copy
Bulky docs. in 2 _____ volumes *(folders)* Docket No. 14, 16
Reporter's Transcripts in _____ volumes ☐ original ☐ certified copy
Exhibits:  in _____ ☐ envelopes ☐ under seal
           in _____ ☐ boxes ☐ under seal
Other:

*Note: Please note any document filed under seal are listed on Form A-22.*

By J. Lopez
Deputy Clerk

Acknowledgment: _____         Date: _____

A-26 (09/08)

**APPEALS TRANSMITTAL LETTER**
**ORIGINAL FILE(S)**