1  PAUL B. BEACH, State Bar No. 166265
2  DENNIS M. GONZALES, State Bar No. 59414
   RAYMOND W. SAKAI, Bar No. 193507
3  rsakai@lbaclaw.com
   LAWRENCE BEACH ALLEN & CHOI, PC
4  100 West Broadway, Suite 1200
   Glendale, California 91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937

6  Attorneys for Defendant
7  Deputy Steve Lankford

8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

11 THEODORE MAROPULOS; et al.,   ) Case No. CV 04-01171 TJH (PJWx)
                                 )
12                               ) Honorable Terry J. Hatter
         Plaintiffs,             )
13                               )
                                 )
14   vs.                         ) **DEFENDANT'S EXHIBIT LIST**
                                 )
15                               )
   COUNTY OF LOS ANGELES; et al.,) Trial
16                               ) Date:  August 3, 2010
                                 ) Time:  10:00 a.m.
17       Defendants.             ) Crtm:  17
                                 )
18                               )
                                 )
19 _____)

20
21
22       Pursuant to Local Rule 16-6, Defendant Steve Lankford ("Defendant"),
23 through his counsel of record, hereby submits the following list of exhibits which he
24 may use at trial:
25 ///
26 ///
27 ///
28 ///

                                    1
MAROPULOS,T#1\Defendant's Exhibit List

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1001 | County of Los Angeles Sheriff's Department Detective Division-Homicide Bureau Investigation, Volume 1 (pages 1-383), & Volume 2 (pages 1-536); File No. 002-02901-2611-445, 2/20/02. | | |
| 1002 | Compact Disc showing video of scene of incident 3/7/02. | | |
| 1003 | Compact Disc showing video of scene of incident 5/30/02. | | |
| 1004 | County of Los Angeles Fire Department Major Incident/Fire Information report, 2/20/02. | | |
| 1005 | Deputy Daily Worksheet and Unit History of Deputy Steve Lankford, 2/20/02. | | |
| 1006 | Deputy Daily Worksheet and Unit History of Deputy Dan McPherson, 2/20/02. | | |
| 1007 | Photographs of scene of incident taken 2/20/02. | | |
| 1008 | Photographs of scene of incident taken 5/30/02. | | |
| 1009 | Letter from Deputy District Attorney Elizabeth Munisoglu to Los Angeles County Sheriff's Department Homicide Bureau dated April 17, 2003. | | |

| | | |
|---|---|---|
| 1010 | Handwritten notes of Detectives Michael Scott and Gabrielle Graves, Bates Numbered 1000-1055. | |
| 1011 | Handwritten notes of Detective Richard Edwards, pages 1-12. | |
| 1012 | Handwritten notes of Detective Steve Lankford, 11 pages. | |
| 1013 | Compact Disc containing taped conversation between Danielle Fuentes Jacobo and Eddie Jacobo 3/8/02. | |
| 1014 | Transcript of conversation between Danielle Fuentes and Eddie Jacobo, 3/8/02. | |
| 1015 | Compact Disc containing taped conversation between Aaron Maropulos and Eddie Jacobo, 2/25/02. | |
| 1016 | Certified transcript of conversation between Aaron Maropulos and Eddie Jacobo, 2/25/02. | |
| 1017 | Two photographs of Elizabeth Maropulos's hands. | |
| 1018 | Compact Disc containing taped conversation between Rich Edwards, Michael Scott, Donna Maropulos and Theodore Maropulos, 10/24/02. | |

3

MAROPULOS,T#1\Defendant's Exhibit List

| | | |
|---|---|---|
| 1019 | Certified transcript of conversation between Rich Edwards, Michael Scott, Donna Maropulos and Theodore Maropulos, 10/24/02. | |
| 1020 | Photographs of Plaintiffs' residence at 38733 Stanridge Avenue, Palmdale, CA, Nos. 1-10. | |
| 1021 | Certified copy of felony conviction of Theodore Maropulos, Case No. BA099734. | |
| 1022 | Certified copy of felony conviction of Elizabeth Maropulos, Case No. MA020126. | |
| 1023 | Plaintiffs' Claims regarding County of Los Angeles. | |
| 1024 | 5 Photos of Arson Dog Billy and Arson Investigator Detective Sylvia Faris. | |
| 1025 | CV for K-9 Billy – Arson Training. | |
| 1026 | Documents from plaintiff's website. | |
| 1027 | Handwritten notes and diagram prepared by Firefighters Will and Romero, 2 pages. | |
| 1028 | Kirk's Fire Investigation, 6th Edition, by John D. DeHaan, Ph.D. | |
| 1029 | NFPA 921 Guide for Fire and Explosion Investigation, 2008 Edition. | |
| 1030 | Records from Los Angeles County Fire Department regarding incident, 2/20/02 (subpoenaed to court for trial). | |

4

MAROPULOS,T#1\Defendant's Exhibit List

| | | | | |
|---|---|---|---|---|
| 1031 | Two Videos showing flashover fire. | | |
| 1032 | Photograph showing fire at door threshold. | | |
| 1033 | Photographs "Camera Angles 4b(1)," Nos.1-16. | | |
| 1034 | Diagram, "Canine v. Sniffers" | | |
| 1035 | Photographs "House & Block," Nos. 1-3. | | |
| 1036 | Diagrams showing "House Floor Plan," Nos. 1-11. | | |
| 1037 | "Lankford Chronology," Nos. 1-3. | | |
| 1038 | "Routes taken by Deputy Lankford and Deputy McPherson." | | |
| 1039 | Compact Disc containing taped conversation between Danielle Fuentes and Michael Scott. | | |
| 1040 | Compact Disc containing taped conversation between Danielle Fuentes and Michael Scott 5/22/02. | | |
| 1041 | C.V. of Bill Crookshanks. | | |
| 1042 | Report of Derek Olin. | | |
| 1043 | C.V. of Derek Olin. | | |
| 1044 | Report of John D. DeHaan, Ph.D. | | |
| 1045 | C.V. of John D. DeHaan, Ph.D. | | |

Dated: July 29, 2010

LAWRENCE BEACH ALLEN & CHOI, PC

By     /s/ Dennis M. Gonzales
    Dennis M. Gonzales
    Attorneys for Defendant
    Deputy Steve Lankford

5

MAROPULOS,T#1\Defendant's Exhibit List