PAUL B. BEACH, State Bar No. 166265
DENNIS M. GONZALES, State Bar No. 59414
RAYMOND W. SAKAI, Bar No. 193507
rsakai@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendant
Deputy Steve Lankford

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MAROPULOS; et al., | Case No. CV 04-01171 TJH (PJWx) |
| Plaintiffs, | Honorable Terry J. Hatter |
| vs. | **DEFENDANT'S WITNESS LIST** |
| COUNTY OF LOS ANGELES; et al., | |
| Defendants. | Trial Date:  July 29, 2010<br>Time:  9:00 a.m.<br>Crtm:  17 |

Defendant Larry Steve Lankford, through his counsel of record, hereby submits the following proposed list of persons who may be called as witnesses in this matter in accordance with Local Rule 16-5.

| | **Name** | **Offer of Proof for Witnesses** |
|---|---|---|
| 1. | Steve Lankford | His prior police contacts with Plaintiff five to seven years prior to incident date, his assignment as crowd control on date of incident and denial of arson involvement, contact with Elizabeth and |

| | | |
|---|---|---|
| | | other children at hospital on evening of incident. |
| 2. | Elizabeth Maropulos | Her observations of fire, post-fire interview statement to investigators, accusations of Defendant being the arsonist, and damages. |
| 3. | Nathan Maropulos | His observations of the fire, post-fire interviews to investigators, and his damages. |
| 4. | Theodore Maropulos | His history with Defendant five to seven years prior to incident, his post-fire interviews with investigators, and damages. |
| 5. | Donna Maropulos | Her history with Defendant five to seven years prior to incident, her post-fire interviews with investigators, and damages. |
| 6. | Danielle Fuentes Jacobo | Her history with Defendant five to seven years prior to incident, her post-fire interviews, and damages as to the loss of her two minor children. |
| 7. | Juan Aguilar | Landscape worker next door, one of first persons on scene. |
| 8. | Greg Everett | Partner with investigator Edwards who interviewed Nathan at hospital. |
| 9. | R. Walters | Firefighter on scene (unlikely to call). |
| 10. | Mario Carrillo | One of the first Sheriff's deputies on scene, wrote the first report (probably unavailable; unlikely to call). |

MAROPULOS,T#1\PLDG\PRETRIAL\WIT LIST

2

| | | |
|---|---|---|
| 11. | Gabrielle Graves | Homicide investigator conducting investigation (unlikely to call). |
| 12. | Shannon Laren | Homicide investigator conducting investigation (unlikely to call). |
| 13. | Mike Scott | Homicide investigator conducting investigation. |
| 14. | Bill Bell | Fire Captain on scene post fire (unlikely to call). |
| 15. | Tom Benson | Landscaper next door, one of first persons on scene. |
| 16. | Jim Cermac | Firefighter, first on scene, enters home and finds minors |
| 17. | Becky Collins | Neighbor five years earlier, feuding with Plaintiffs (unlikely to call). |
| 18. | Vicki Collins | Neighbor five years earlier, feuding with Plaintiffs (unlikely to call). |
| 19. | Bill Crookshanks | Post fire investigator for insurance company, finding fire accidental, non-arson, different location of source of fire from Plaintiffs' expert. |
| 20. | Richard Edwards | Los Angeles County Fire Investigator, first at scene within one hour of fire, interviews family members, writes reports, multiple contacts with family and numerous returns to scene. Finding non-arson, probable children playing with matches, fire starts in living room/dinning room. Primary investigator. |

3

MAROPULOS,T#1\PLDG\PRETRIAL\WIT LIST

| | | |
|---|---|---|
| 21. | Silvia Faris | Los Angeles County Fire investigator, called by Edwards as K-9 handler to determine if accelerant is found—none found. |
| 22. | Don Galick | On scene firefighter (unlikely to call). |
| 23. | Kathy Grayes | Neighbor observes fire, hears statements by Plaintiffs (unlikely to call). |
| 24. | Robert Hazelton | Fire captain, first on scene, describes who is present and fire location, directs firefighters. |
| 25. | Albert Hernandez | Fire investigator hired by other insurance company, spoke with Plaintiff Mr. Maropulos, knows Plaintiffs' expert Allred, finding non-arson, accidental, probable children playing with matches. |
| 26. | Watson Lee | Los Angeles County investigator, draws diagram at direction of Edwards (unlikely to call). |
| 27. | Tom Little | Fire investigator with Hernandez, also finds non-arson, probable children playing with matches (unlikely to call). |
| 28. | Deputy Dan McPherson | Los Angeles County Sheriff's deputy with Defendant at time fire is first observed two miles from fire location. He leaves their location with Defendant and arrives at scene with Defendant in separate cars. |
| 29. | Dennis Nash | Los Angeles County Fire investigator with Edwards (unlikely to call). |

4

MAROPULOS,T#1\PLDG\PRETRIAL\WIT LIST

| | | |
|---|---|---|
| 30. | Derek Olin | Fire investigator hired by Farmers Insurance Company, finds non-arson, likely children playing with matches, only investigator to find ceiling hole above dinning room. |
| 31. | Kristina Osterhaus | Neighbor of Plaintiffs, calls 911, hears statements of Plaintiffs (unlikely to call). |
| 32. | Sandra Osterhaus | Neighbor of Plaintiffs, calls 911, hears statements of Plaintiffs (unlikely to call). |
| 33. | Jon Pedersen | Owner of property (unlikely to call). |
| 34. | Rex Perris | Attorney for Plaintiffs in insurance action (unlikely to call). |
| 35. | Yolanda Pinkston | Neighbor of Plaintiffs, one of the first persons to observe fire and hears statements by Elizabeth and Nathan, history of family. |
| 36. | Darren Price | Neighbor (unlikely to call). |
| 37. | Deputy Lloyd Teel | Los Angeles County Sheriff's deputy, one of the first to be at location at north end of street, observes Nathan rescue, helps gain access to house. |
| 38. | Sandy Poole | Los Angeles County civilian who can lay foundation for Sheriff's Department's radio dispatch (unlikely to call). |
| 39. | Deputy Dan Dantice | Los Angeles County Sheriff's deputy at scene, observes fire rescue (unlikely to call). |

| | | |
|---|---|---|
| 40. | Sgt. Don Young | Los Angeles County Sheriff's sergeant who assigns Defendant to hospital to gather evidence for Edwards. |
| 41. | John DeHaan, Ph.D. | Defendant's retained fire investigation expert, finding not arson, start of fire in dinning room/living room area, not front door, no liquid accelerant found, likely children playing with matches.  (Probably unavailable for trial.  Defendant may have to use deposition testimony.) |

Dated: July 29, 2010

LAWRENCE BEACH ALLEN & CHOI, PC

By      /s/  Dennis M. Gonzales
      Dennis M. Gonzales
      Attorneys for Defendant
      Deputy Steve Lankford

MAROPULOS,T#1\PLDG\PRETRIAL\WIT LIST