PAUL B. BEACH, State Bar No. 166265
DENNIS M. GONZALES, State Bar No. 59414
RAYMOND W. SAKAI, Bar No. 193507
rsakai@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937
Attorneys for Defendant Deputy Steve Lankford

DALE K. GALIPO, State Bar No. 144074
LAW OFFICES OF DALE K. GALIPO
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone No. (818) 347-3333
Facsimile No. (818) 347-4118
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MAROPULOS; et al., | Case No. CV 04-01171 TJH (PJWx) |
| Plaintiffs, | Honorable Terry J. Hatter |
| vs. | **PARTIES' JOINT STATEMENT TO THE JURY** |
| COUNTY OF LOS ANGELES; et al., | Trial Date: August 3, 2010 |
| Defendants. | Time: 10:00 a.m.<br>Crtm: 17 |

On February 20, 2002, at approximately 10:20 a.m. in the City of Lancaster, Plaintiffs claim that the sole Defendant, Steve Lankford, a Los Angeles County Sheriff's deputy, while in uniform and on duty, intentionally set fire to their home, setting it ablaze and knowing that there were occupants inside. The Plaintiffs also claim that the Defendant interfered with the rescue efforts by

1

telling the rescue personnel there were no children in the house.  This resulted in the death of two minor children, ages four and seven, injury to four other occupants, and the destruction of personal property.

    Defendant Steve Lankford denies that he had any involvement and claims that said fire was a result of negligent acts of family members, resulting in said damages.

Dated: July 29, 2010                    LAW OFFICES OF DALE K. GALIPO

By    /s/ Dale K. Galipo
      Dale K. Galipo
      Attorney for Plaintiffs

Dated: July 29, 2010                    LAWRENCE BEACH ALLEN & CHOI, PC

By    /s/ Dennis M. Gonzales
      Dennis M. Gonzales
      Attorneys for Defendant
      Deputy Steve Lankford

MAROPULOS,T#1\JOINT STATEMENT TO JURY