LAW OFFICES OF DALE K. GALIPO
  Dale K. Galipo, (Bar No. 144074)
  dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THEODORE MARAPULOS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendants. | Case No. CV 04-01171 TJH (JWx)<br><br>**PLAINTIFFS' PROPOSED WITNESS LIST; OFFER OF PROOF**<br><br>Trial Date:   August 3, 2010<br>Time:         10:00 a.m.<br>Ctrm.:        17 |

        Plaintiffs hereby submit the following list of proposed witnesses they intend
to call at the trial of this matter and the matters on which they intend to testify.


DATED:  July 29, 2010          LAW OFFICES OF DALE K. GALIPO


                               By /s/ Dale K. Galipo
                                  DALE K. GALIPO
                                  Attorneys for Plaintiffs

## <u>PLAINTIFFS' PROPOSED WITNESS LIST AND OFFER OF PROOF</u>

1.  <u>Theodore Maropulos</u>:  Theodore Maropulos is a plaintiff in this matter and will testify as the family's history with Deputy Lankford and what happened on the date of the fire.  He will also testify as to the nature and extent of Plaintiffs' injuries and damages.

2.  <u>Donna Maropulos</u>:  Donna Maropulos is a plaintiff in this matter and will testify as the family's history with Deputy Lankford and what happened on the date of the fire.  She will also testify as to the nature and extent of Plaintiffs' injuries and damages.

3.  <u>Elizabeth Maropulos</u>: Elizabeth Maropulos is a plaintiff in this matter and will testify as to her observations immediately after the fire was started.  She will also testify as to the nature and extent of Plaintiffs' injuries and damages.

4.  <u>Nathan Maropulos</u>: Nathan Maropulos is a plaintiff in this matter and will testify as to his observations immediately after the fire was started.  He will also testify as to the nature and extent of Plaintiffs' injuries and damages.

5.  <u>Jacob Jacobo</u>:  Jacob Jacobo will testify as to his observations immediately after the fire was started.  He will also testify as to the nature and extent of Plaintiffs' injuries and damages.

6.  <u>Danielle Fuentes</u>:  Danielle Fuentes is the mother of the decedent children and will testify regarding damages arising from the death of her children, as well as the nature and extent of Plaintiffs' injuries and damages.  She will also testify as to

03297.18311/3241574.1

her observations upon her arrival on the scene of the fire, and the subsequent property damage.

7. <u>Detective Steve Lankford:</u>  Steve Lankford is the defendant in this case. He will testify as to what he did on the day of the fire, and to his history with the Maropulos family.

8. <u>Charles F. Allred:</u>  Charles Allred is Plaintiff's expert and will testify as to the cause and origin of the fire.

9. <u>Dr. J. Panchal:</u>  Dr. Panchal performed the autopsy on Racheall Fuetnes and will testify as to the cause of her death.

10. <u>Dr. Louise Pena</u>:  Dr. Pena performed the autopsy on Joseph Jacobo and will testify as to the cause of his death.

11. <u>Dr. Alex Majidian</u>:  Dr. Majidian will testify as to the nature and extent of Nathan Maropulos' injuries, the treatment for Nathan's injuries, and the costs and medical bills associated with his treatment.

12. <u>Dr. Rich Grossman:</u>  Dr. Grossman will testify as to the nature and extent of Nathan Maropulos' injuries, the treatment for Nathan's injuries, and the costs and medical bills associated with his treatment.

13. <u>Dr. Peter Grossman:</u>  Dr. Grossman will testify as to the nature and extent of Nathan Maropulos' injuries, the treatment for Nathan's injuries, and the costs and medical bills associated with his treatment.

1    14.  Dr. Spencer:  Dr. Spencer will testify as to the nature and extent

2  of Racheall Fuentes' injuries, the treatment for Racheall's injuries, and the costs

3  and medical bills associated with her treatment.

4

5    15.  Dr. Phillip Stanley:   Dr. Stanley will testify as to the nature and extent

6  of Joseph Jacobo's injuries, the treatment for Joseph's injuries, and the costs and

7  medical bills associated with his treatment.

8

9    16.  Dr. Allen Graham:   Dr. Graham will testify as to the nature and extent

10  of Joseph Jacobo's injuries, the treatment for Joseph's injuries, and the costs and

11  medical bills associated with his treatment.

12

13    17.  Dr. Debates: Dr. Stanley will testify as to the nature and extent

14  of Joseph Jacobo's injuries, the treatment for Joseph's injuries, and the costs and

15  medical bills associated with his treatment.

16

17  DATED:  July 29, 2010            LAW OFFICES OF DALE K. GALIPO

18

19                     By  /s/ Dale K. Galipo
20                        DALE K. GALIPO
                          Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

PLAINTIFFS' PROPOSED WITNESS LIST AND OFFER OF PROOF