## DECLARATION OF DANIELLE FUENTES JACOBO PURSUANT TO C.C.P. § 377.32

I, Danielle Fuentes Jacobo, do hereby declare as follows:

1. The decedents are my son, Joseph Edward Jacobo, and daughter, Racheall Alexis Fuentes.
2. My son, Joseph Edward Jacobo passed away on February 23, 2002, in Palmdale, California.
3. My daughter, Racheall Alexis Fuentes passed away on February 20, 2002, in Palmdale, California.
4. No proceeding is now pending in California for administration of the decedents' estate.
5. I am the decedents' successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedents' interest in this action or proceeding.
6. A true and correct copy of Joseph Edward Jacobo's certificate of death is attached hereto as "Exhibit A."
7. A true and correct copy of Racheall Alexis Fuentes' certificate of death is attached hereto as "Exhibit B."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 21, 2010

By: _____
Danielle Fuentes Jacobo