# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| THEODORE MAROPULOS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>Defendants. | CV 04-01171 TJH (PJWx)<br><br><br>Order |

The Court has considered the motions *in limine* of Plaintiffs and Defendant Steve Lankford, together with the moving and opposing papers.

It is Ordered that Plaintiffs' motion to exclude evidence of collateral source payment be, and hereby is, Granted.

It is further Ordered that Plaintiffs' motion to exclude evidence of Plaintiff's website be, and hereby is, Denied.

It is further Ordered that Plaintiffs' motion to limit the number of defense experts to testify regarding the cause of the fire be, and hereby is, Granted.

. . . . . . .

It is further Ordered that Defendant's motion to exclude evidence of all unrelated alleged acts of Defendant Lankford be, and hereby is, Denied.

It is further Ordered that Defendant's motion to exclude all evidence related to the shooting of Aaron Maropulos be, and hereby is, Denied.

It is further Ordered that Defendant's motion to exclude evidence of autopsy photographs of the deceased children and any other gruesome photographs or graphic depictions be, and hereby is, Granted.

It is further Ordered that Defendant's motion to exclude all lay opinions regarding the alleged cause and origin of the fire be, and hereby is, Denied, with leave to renew it at trial.

It is further Ordered that Defendant's motion to exclude evidence of the potential requirement of the indemnity of Defendant Lankford by the County of Los Angeles be, and hereby is, Granted.

It is further Ordered that Defendant's motion to exclude evidence of other complaints or lawsuits lodged against Defendant Lankford be, and hereby is, Denied.

Date:  August 2, 2010

Terry J. Hatter, Jr.
Senior United States District Judge