UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED
CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 04-1171-TJH (PJWx) |
| Title: | *THEODORE MAROPULOS ET AL V. COUNTY OF LOS ANGELES ET AL* |
| Date | August 4, 2010 |

Present: The Honorable   TERRY J. HATTER, JR., U.S. DISTRICT JUDGE

| Karen Park | Mary Rickey |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo | Dennis Gonzales |
|  | Raymond Sakai |

_____ Day Court Trial   2nd Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _____ Held & Continued;   **X** Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
**X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
**X** Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
**X** Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is   _____ granted.   _____ denied.   _____ submitted.
**X** Motion for Judgment/Directed Verdict by   Defendant   is   **X** granted.   _____ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Trial subpoenaed documents returned to subpoenaing party.
**X** Other:   Jury thanked and excused.

5 : 45

Initials of Deputy Clerk   KPA

cc: