# United States District Court
# Central District of California
# Western Division

JS-6

| THEODORE MAROPULOS, *et al.*, | CV 04-01171 TJH (PJWx) |
|---|---|
| Plaintiffs, | |
| v. | Judgment |
| COUNTY OF LOS ANGELES, *et al.*, | |
| Defendants. | |

On August 3, 2010, the following remaining claims were tried before a jury:

1. Excessive force against Defendant Steve Lankford by Plaintiffs Nathan Maropulos, Elizabeth Maropulos, and Danielle Fuentes as administrator of the estates of Rachell Fuentes and Joseph Jacobo; and

2. Substantive due process for loss of familial relationship against Defendant Lankford by Plaintiff Danielle Fuentes in her individual capacity.

On August, 4, 2010, the Court granted Defendant Lankford's motion for judgment

as a matter of law pursuant to Fed. R. Civ. P. 50.

It is Ordered, Adjudged and Decreed that judgment be, and hereby is, Entered in favor of Defendant Lankford and against all Plaintiffs.

It is further Ordered that all parties shall bear their own costs.

Date: November 1, 2010

_____
Terry J. Hatter, Jr.
Senior United States District Judge